UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| GURINDER JOHAL, personal representative of the Estate of AMARJEET JOHAL, and DILJOT SEKHON, personal representative of the Estate of AMARJIT SEKHON, and JASPREET SEKHON, personal representative of the Estate of JASVINDER KAUR, and MARY "CAROL" WEISERT, personal representative of the Estate of JOHN WEISERT, MATTHEW D. ALEXANDER as the Natural Parent and Next Friend of KARLI SMITH, Deceased, and JEFF BLACKWELL and TAMMI BLACKWELL as Natural Parents and Next Friends of SAMARIA BLACKWELL, Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN TACTICAL, INC., ANTHONY DICHARIO, JOSEPH CALABRO, SCHMEISSER GMBH, and 365 PLUS D.O.O.<br><br>    Defendants. | Civil Action No. 2:24-cv-03969-BHH<br><br>Jury trial requested |

## **STIPULATION**

The plaintiffs, GURINDER JOHAL, personal representative of the Estate of AMARJEET JOHAL,[1] and DILJOT SEKHON, personal representative of the Estate of AMARJIT SEKHON, and JASPREET SEKHON, personal representative of the Estate of JASVINDER KAUR, and MARY "CAROL" WEISERT, personal representative of the Estate of JOHN WEISERT, and

---

[1] Counsel for plaintiff Gurinder Johal, Personal Representative of the Estate of Amarjeet Johal, previously moved to withdraw on the grounds that "Gurinder Johal, Personal Representative of the Estate of Amarjeet Johal, and the Johal Estate Beneficiaries have elected to not participate in this action." *See* ECF Docs. 69 and 70. However, that motion was denied as procedurally improper. ECF Doc. 70 ("a motion to withdraw Mr. Chamberlain's appearance is not the proper way to seek such relief.")

1

MATTHEW D. ALEXANDER as the Natural Parent and Next Friend of KARLI SMITH, Deceased,[2] and defendants,[3] AMERICAN TACTICAL, INC., ANTHONY DICHARIO, and JOSEPH CALABRO, hereby agree and stipulate to the following pre-answer schedule:

Plaintiffs intend to file a Second Amended Complaint to address issues related to the transfer of this case to South Carolina on or before August 19, 2024;

In lieu of an Answer, Defendants intend to file a Motion to Dismiss pursuant to Rule 12 by October 7, 2024;

Plaintiffs' deadline to file opposition to Defendants' Motion to Dismiss will be filed by November 12, 2024;

Defendants' deadline to file a reply in support of their Motion to dismiss will be filed by November 26, 2024.

The parties request oral argument on the prospective Motion to Dismiss.

The parties do not waive any claims or defenses by entry of this stipulation including all substantive, jurisdictional, and procedural defenses.

Dated: August 6, 2024

---

[2] The claims brought by plaintiffs Jeff Blackwell and Tammi Blackwell as Natural Parents and Next Friends of Samaria Blackwell, deceased, were voluntarily dismissed without prejudice on April 9, 2024 (see ECF Doc. 63).

[3] Defendants Schmeisser GMBH and 365 PLUS D.O.O. are foreign entities, have not been served, and have not appeared in this action.

Respectfully submitted,

/s/ Poorad Razavi
Leslie Mitchell Kroeger, Esq.
(pro hac vice to be filed)
Poorad Razavi, Esq.
(pro hac vice to be filed)
Rachael Flanagan, Esq.
(pro hac vice to be filed)
COHEN MILSTEIN SELLERS & TOLL
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
T: (561) 515-1400
lkroeger@cohenmilstein.com
prazavi@cohenmilstein.com
rflanagan@cohenmilstein.com

Jay Chaudhuri, Esq.
(pro hac vice to be filed)
COHEN MILSTEIN SELLERS & TOLL
407 North Person Street
Raleigh, NC 27601
jchaudhuri@cohenmilstein.com

Douglas N. Letter, Esq.
*(pro hac vice to be filed*)
Philip H. Bangle, Esq.
*(pro hac vice to be filed*)
BRADY UNITED AGAINST GUN VIOLENCE
840 First Street NE, Ste. 400
Washington, DC 20002
pbangle@bradyunited.org
dletter@bradyunited.org

*Counsel for Plaintiffs*

/s/ J. Michael Montgomery
J. Michael Montgomery
ROBINSON GRAY STEPP & LAFFITTE
2151 Pickens Street
Suite 500
PO Box 11449 (29211)
Columbia, SC 29201
Direct 803.231.7833
mmontgomery@robinsongray.com

and

Christopher Renzulli, Esq.
(pro hac vice to be filed)
Jeffrey Malsch, Esq.
(pro hac vice to be filed)
Justin Gottuso, Esq.
(pro hac vice to be filed)
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, NY 10601
T: (914) 285-0700
crenzulli@renzullilaw.com
jmalsch@renzullilaw.com
jgottuso@renzullilaw.com

*Counsel for Defendants
American Tactical, Inc., Anthony DiChario,
and Joseph Calabro*

## CERTIFICATE OF SERVICE

    I, J. Michael Montgomery, attorney for the defendants hereby certify that on the 7th day of August, 2024, a true copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be served by first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

                                                  /s/ J. Michael Montgomery